TURNER v. GREENE

No. 567P97

Case below: 127 N.C.App. 753

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

VIRMANI v. PRESBYTERIAN HEALTH SERVICES CORP.

No. 62PA97-2

Case below: 127 N.C.App. 629

Petition by defendant for writ of supersedeas allowed 5 March 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 March 1998.

WILLIAMS v. HOLSCLAW

No. 28PA98

Case below: 128 N.C.App. 205

Petition by unnamed defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 March 1998.